## Mike Stavnicky

| | |
|---|---|
| **From:** | ohndecf@ohnd.uscourts.gov |
| **Sent:** | Friday, January 15, 2021 10:39 AM |
| **To:** | OHNDdb_CleECF@ohnd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-02457-PAG Outdoor Product Innovations, Inc. v. Jest Textiles, Inc. et al Terminate Hearings |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Ohio**

## Notice of Electronic Filing

The following transaction was entered on 1/15/2021 at 10:38 AM EST and filed on 1/15/2021
**Case Name:** Outdoor Product Innovations, Inc. v. Jest Textiles, Inc. et al
**Case Number:** 1:18-cv-02457-PAG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minutes of proceedings[non-document] before Judge Patricia A. Gaughan. Telephonic Status Conference was held. Final Pretrial is set 8/16/21 at 9:30 a.m. in Chambers 19B. Trial of 2/02/21 is continued to 9/08/21 at 9:00 a.m. in Courtroom 19B. Judge Patricia A. Gaughan 1/15/2021 Time: 30 mins. (D,Ma)**


1:18-cv-02457-PAG Notice has been electronically mailed to:

David M. Cuppage    dmc@mccarthylebit.com, dcl@mccarthylebit.com

Michael R. Stavnicky    mstavnicky@smdklaw.com, hcloud@smdklaw.com

E. Roger Stewart    ers@mccarthylebit.com

Ryan K. Rubin    ryan.rubin@lewisbrisbois.com, sara.patti@lewisbrisbois.com

T. Christopher O'Connell    coconnell@smdklaw.com

Nicholas R. Oleski    nro@mccarthylebit.com, dcl@mccarthylebit.com

EXHIBIT 1

1